Opinion issued November 7, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00372-CV

———————————

**SCAFFOLD SOLUTIONS, INC., Appellant**

**V.**

**PAUL CARPENTER D/B/A ICE EXPRESS, LLC, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-34825**

---

## MEMORANDUM OPINION

On May 17, 2024, appellant, Scaffold Solutions, Inc., filed a notice of appeal from the trial court's February 19, 2024 judgment. On August 13, 2024, the Court abated this appeal and referred the parties to mediation. On October 18, 2024, appellant and appellee, Paul Carpenter, doing business as Ice Express, LLC, filed an

agreed motion to dismiss. In the motion, the parties represented that they had "compromised and settled the case and there [were] no longer any issues in controversy." They requested that the Court dismiss the appeal and that costs be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(2), (d). The motion to dismiss is signed by counsel for both parties.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, the Court reinstates the appeal on the Court's active docket, grants the parties' motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.